IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD D. MCALVEY,

       Plaintiff,

v.

ATLAS COPCO COMPRESSORS, L.L.C., *et al.*,

       Defendants.              Case No. 14-cv-64-DRH

## ORDER

**HERNDON, Chief Judge:**

    The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Stephen C. Williams to serve as presiding judge. Therefore, all further pleadings shall contain cause number **14-cv-64-SCW-PMF**.

    Should any party to object to this assignment, they must notify the undersigned by **February 7, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Williams's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Williams shall preside in the interim.

    **IT IS SO ORDERED.**

    **DATED:** January 24, 2014

Digitally signed by David R. Herndon
Date: 2014.01.24 08:44:35 -06'00'

**CHIEF JUDGE**
**U.S. DISTRICT COURT**