IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD D. MCALVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-64-SMY-SCW |
| | ) |
| ATLAS COPCO COMPRESSORS, L.L.C., | ) |
| et al., | ) |
| | ) |
| Defendants. | |

## ORDER ON NOTICE OF SETTLEMENT

**YANDLE, District Judge:**

Pending before the Court is the Joint Motion to Dismiss with Prejudice (Doc. 420) filed by Plaintiff and Defendant Carrier Corporation, wherein these parties request the dismissal of this Defendant with prejudice under Federal Rule of Civil Procedure 41(a)(2). No remaining co-defendant objected within five (5) days of the filing of the Motion in accordance with this Court's Order at Doc. 90. Accordingly, the Motion is **GRANTED** and the claims against Carrier Corporation are **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED: September 22, 2015

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**
